

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00042-CR

Laura **BRISENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2622
Honorable Ron Rangel, Judge Presiding

# O R D E R

On June 27, 2019, the appellant filed a motion requesting us to abate the appeal until the appellate record is adequately supplemented. The appellant states she timely requested findings of fact and conclusions of law after the trial court denied her motion to suppress, but the trial court has not filed the requested findings and conclusions. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. 2006) (requiring findings and conclusions to be recorded). The clerk's record also does not include a copy of the written motion to suppress or an order denying the motion to suppress.

We **GRANT** appellant's motion, abate the appeal, and remand the cause to the trial court. We **ORDER** the trial court to prepare findings of fact and conclusions of law and file them with the trial court clerk **on or before August 7, 2019**. We further **ORDER** the trial court clerk to prepare and file a supplemental clerk's record with this court containing the written motion to suppress, order denying the motion to suppress, and findings of fact and conclusions of law **on or before August 19, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court